USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: ___08/19/2025___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROMEL BALCHAN,

                                    Plaintiff,

                -against-

NEW YORK CITY HOUSING
AUTHORITY, et al.,

                                    Defendants.

**ORDER ADJOURNING INITIAL
CASE MANAGEMENT
CONFERENCE**

**25-CV-5574 (JGK) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

In light of the Stipulation of Voluntary Dismissal filed on August 18, 2025 (doc. no 11)

the Initial Case Management Conference currently scheduled for **October 9, 2025** is hereby

adjourned *sine die*.

**The Clerk of Court is directed to mail a copy of this order to the Plaintiff.**

Dated: New York, New York
          August 19, 2025

                    SO ORDERED.

                    _____
                    KATHARINE H. PARKER
                    United States Magistrate Judge